

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2024

No. 04-24-00321-CV

Arthur R. **HOLLOWAY**, Jr.,
Appellant

v.

Rhonda **HACKETT**, Jahari Bean, Roland Fierre, Jamari Holloway, Terrance Simmons, Frank Stengel, F/N/U Dabarus, F/N/U Tadonna,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 23-09-00164-CVK
Honorable Russell Wilson, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. We order that no costs of this appeal be assessed against appellant because he qualifies as indigent.

It is so **ORDERED** on July 17, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2024.

_____
Luz Estrada, Chief Deputy Clerk